**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD L. CAIN, | ) | NO. CV 14-5735-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| BARACK H. OBAMA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the "Order Dismissing Action Without Prejudice for Lack of Subject Matter Jurisdiction,"

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 6, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE